THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TIMOTHY R. COURSON AND LINDA COURSON, | : : : | |
| Plaintiffs, | : : | Civil Action No. 5:12-cv-173 (CAR) |
| v. | : : | |
| WRIGHT MEDICAL TECHNOLOGY, INC., | : : | |
| Defendant. | : : | |

### ORDER ON MOTION TO DISMISS

On May 14, 2012, Plaintiffs filed their original complaint asserting claims for strict products liability, design defects, manufacturing defects, failure to warn, breaches of warranty, and negligent misrepresentation arising from the failure of a hip-joint implant. On July 16, 2012, Defendant filed the current pre-Answer Motion to Dismiss [Doc. 5] pursuant to Federal Rule of Civil Procedure (12)(b)(6) for failure to state a claim upon which relief may be granted. Thereafter, on August 3, 2012, Plaintiffs filed their First Amended Complaint [Doc. 11], and on August 17th, Defendant filed its Answer to Plaintiff's First Amended Complaint [Doc. 13]. On September 12, 2012, this Court entered the Scheduling and Discovery Order [Doc. 14].

Defendant's Motion to Dismiss Plaintiff's original complaint has been rendered moot by the filing of the Amended Complaint. Plaintiffs timely filed their Amended Complaint pursuant Rule 15(a)(1) of the Federal Rules of Civil Procedure correcting the errors alleged in the Motion to Dismiss. Thus, Defendant's Motion to Dismiss [Doc. 5] is hereby **DENIED as MOOT**.

It is SO ORDERED this 23rd day of October, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

SSH